1  BENJAMIN B. WAGNER
   United States Attorney
2  JOSH F. SIGAL
   Special Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:15-CR-0177 GEB
12 |                       Plaintiff, | STIPULATION REGARDING EXCLUDABLE
   |                                  | TIME PERIODS UNDER SPEEDY TRIAL ACT;
13 |              v.                  | [PROPOSED] FINDINGS AND ORDER
14 | CATALIN KIFAN                    | DATE: March 18, 2016
   |                                  | TIME: 9:00 a.m.
15 |                       Defendant. | COURT: Hon. Garland E. Burrell, Jr.
16

17                              **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendant, by and
19 through defendant's counsel of record, hereby stipulate as follows:

20      1.    By previous order, this matter was set for status on March 18, 2016.

21      2.    By this stipulation, the defendant now moves to continue the status conference until April
22 22, 2016, and to exclude time between March 18, 2016, and April 22, 2016, under Local Code T4.

23      3.    The parties agree and stipulate, and request that the Court find the following:

24      a)    The government has represented that the discovery associated with this case
25 includes approximately 362 pages, including investigative reports and photographs. All of this
26 discovery has been either produced directly to counsel and/or made available for inspection and
27 copying.

28      b)    The government has provided the defendant with a plea agreement. Counsel will

STIPULATION REGARDING EXCLUDABLE TIME            1
PERIODS UNDER SPEEDY TRIAL ACT

need additional time to review the agreement, including the forfeiture provision, as well as the discovery in the case with respect to the terms and factual basis of the agreement, and consult with his client regarding implications for trial.

  c) Counsel for defendant desires additional time to consult with his client, conduct investigation and research related to the charges, continue his review of the discovery in this matter, and to discuss potential resolutions with his client.

  d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) The government does not object to the continuance.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 18, 2016 to April 22, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 15, 2016      BENJAMIN B. WAGNER
                            United States Attorney

                            /s/ JOSH F. SIGAL
                            JOSH F. SIGAL
                            Special Assistant U.S. Attorney

Dated:  March 15, 2016      /s/ EAN VIZZI
                            EAN VIZZI
                            Counsel for Defendant
                            Catalin Kifan

## [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated:  March 16, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3