BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-0177 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| CATALIN KIFAN | DATE: April 22, 2016
TIME: 9:00 a.m.
COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 22, 2016.

2. By this stipulation, the defendant now moves to continue the status conference until June 3, 2016, and to exclude time between April 22, 2016, and June 3, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes approximately 362 pages, including investigative reports and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) The government provided the defendant with a plea agreement in December 2015.

Counsel will need additional time to review the agreement, including the forfeiture provision, as well as the discovery in the case with respect to the terms and factual basis of the agreement, and consult with his client regarding implications for trial.  After consulting with his client, counsel desires to discuss certain terms of the plea agreement with Government counsel.

      c)      Counsel for defendant desires additional time to consult with his client, conduct investigation and research related to the charges, continue his review of the discovery in this matter, and to discuss potential resolutions with his client.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 22, 2016 to June 3, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 19, 2016

BENJAMIN B. WAGNER
United States Attorney

/s/ JOSH F. SIGAL
JOSH F. SIGAL
Special Assistant U.S. Attorney

Dated: April 19, 2016

/s/ EAN VIZZI
EAN VIZZI
Counsel for Defendant
Catalin Kifan

### FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: April 19, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3