EAN VIZZI
Law Office of Ean Vizzi
345 Franklin St.
San Francisco, CA 94102
Tel. 415-757-0322
Fax 415-520-6400

Attorney for Defendant
CATALIN KIFAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 2:15-CR-0177-GEB |
| ) | |
| ) | STIPULATION REGARDING EXCLUDABLE |
| Plaintiff, ) | TIME PERIODS UNDER SPEEDY TRIAL |
| ) | ACT; [PROPOSED] FINDINGS AND ORDER |
| vs. ) | |
| ) | DATE: June 3, 2016 |
| ) | TIME: 9:00 a.m. |
| CATALIN KIFAN., ) | COURT: Hon. Garland E. Burrell, Jr. |
| ) | |
| Defendant. ) | |
| ) | |

STIPULATION

Defendant CATALIN KIFAN, by and through his counsel of record, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on June 3, 2016;

2. By this stipulation, the defendant now moves to continue the status conference until July 29, 2016 and to exclude time between June 3, 2016 and July 29, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has represented that the discovery associated with this case

includes 362 pages, including investigative reports and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. The government provided the defendant with a plea agreement in December 2015. Counsel for the defendant needs additional time to review the agreement, as well as the discovery in this case with respect to the terms and factual basis of the agreement, and consult with his client regarding implications for trial, including immigration consequences. After consulting with his client, counsel desires to discuss certain terms of the plea agreement with Government counsel;

c. Counsel for defendant desires additional time to consult with his client, conduct investigation and research related to the charges, continue his review of the discovery and to discuss resolutions with his client.

d. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The government does not object to the continuance.

f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et.seq., within which trial must commence, the time period of June 3, 2016 to July 29, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the

defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 31, 2016                    BENJAMIN B. WAGNER
                                       UNITED STATES ATTORNEY

                                         /s/  Josh Sigal                  .
                                       By: JOSH SIGAL
                                       Assistant U.S. Attorney
                                       *signed with permission


Dated: May 31, 2016                      /s/  Ean Vizzi                   .
                                       EAN VIZZI
                                       Attorney for Defendant
                                       CATALIN KIFAN




FINDINGS AND ORDER

Base on the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY FOUND AND ORDERED.

Dated:  June 1, 2016



                                       _____
                                       GARLAND E. BURRELL, JR.
                                       Senior United States District Judge