EAN VIZZI, #209444
345 Franklin St.
San Francisco, CA 94102
Tel. 415-757-0322
Attorney for Defendant
CATALIN KIFAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:15-CR-0177-GEB |
| Plaintiff, | STIPULATION TO CONTINUE DEFENDANT'S SENTENCING DATE AND [PROPOSED] ORDER |
| vs. | |
| CATALIN KIFAN., | |
| Defendant. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:

    IT IS HEREBY AGREED AND STIPULATED AMONG ALL PARTIES that the Judgment and Sentencing date scheduled for November 18, 2016 at 9:00 a.m. is continued to December 16, 2016 at 9:00 a.m.   Defendant needs additional time to prepare submissions to probation in preparation of sentencing.  Attorney for plaintiff, Josh F. Sigal, Assistant United States Attorney, and attorney for defendant, Ean Vizz, agree to this continuance.

IT IS SO STIPULATED.

Dated: October 4, 2016            /s/  Josh Sigal            .
                                  By: JOSH SIGAL
                                  Assistant U.S. Attorney
                                  *signed with permission

Dated: October 4, 2016            /s/  Ean Vizzi            .
                                  EAN VIZZI
                                  Attorney for Defendant
                                  CATALIN KIFAN

Page 1 of 3
STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING

1      IT SO ORDERED.

2

3  Dated: October 5, 2016

4

5  _____
   GARLAND E. BURRELL, JR.
6  Senior United States District Judge

EAN VIZZI, #209444
345 Franklin St.
San Francisco, CA 94102
Tel. 415-757-0322
Attorney for Defendant
CATALIN KIFAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 2:15-CR-0177-GEB |
| ) | |
| ) | MODIFICATION OF PRE-SENTENCE |
| Plaintiff, ) | SCHEDULE |
| ) | |
| vs. ) | |
| ) | |
| CATALIN KIFAN., ) | |
| ) | |
| Defendant. ) | |
| ) | |

| | |
|---|---|
| Judgment and Sentence Date: | December 16, 2016 |
| Reply or Statement Due: | December 9, 2016 |
| Motion for Correction of the PSR shall Be filed with the Court and served on Probation and opposing counsel no later than: | December 2, 2016 |
| Final PSR shall be filed with the Court and Disclosed to counsel no later than: | November 25, 2016 |
| Counsel's written objections to the PSR shall be delivered to Probation and opposing counsel no later than | November 18, 2016 |
| Draft PSR shall be disclosed to counsel no later than: | November 4, 2016 |

Page 3 of 3
STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING