EAN VIZZI, #209444
345 Franklin St.
San Francisco, CA 94102
Tel. 415-757-0322
Attorney for Defendant
CATALIN KIFAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                    ) CASE NO.: 2:15-CR-0177-GEB
                                             )
                                             ) STIPULATION TO CONTINUE
                    Plaintiff,               ) DEFENDANT'S SENTENCING DATE AND
                                             ) [PROPOSED] ORDER
              vs.                            )
                                             )
CATALIN KIFAN.,                              )
                                             )
                    Defendant.               )
_____      )

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE UNITED STATES

ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:

        IT IS HEREBY AGREED AND STIPULATED AMONG ALL PARTIES that the

Judgment and Sentencing date scheduled for December 16, 2016 at 9:00 a.m. is continued to

January 20, 2017 at 9:00 a.m.   Defendant needs additional time due to defense counsel's

conflicting trial schedule.  Attorney for plaintiff, Josh F. Sigal, Assistant United States Attorney,

and attorney for defendant, Ean Vizzi, agree to this continuance.

IT IS SO STIPULATED.

 Dated: December 2, 2016                    _____/s/   Josh Sigal_____.
                                            By: JOSH SIGAL
                                            Assistant U.S. Attorney
                                            *signed with permission
Dated: December 2, 2016                     _____/s/   Ean Vizzi_____.
                                            EAN VIZZI
                                            Attorney for Defendant
                                            CATALIN KIFAN

1          IT SO ORDERED.

2

3   Dated:  December 5, 2016

4

5   _____
    GARLAND E. BURRELL, JR.
6   Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26