PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>CATALIN KIFAN,<br><br>          Defendant. | 2:15-CR-00177-GEB<br><br>STIPULATION TO CONTINUE DEFENDANT'S SENTENCING DATE AND ORDER |

TO THE CLERK OF THE ABOVE-ENTITLED COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

IT IS HEREBY AGREED AND STIPULATED AMONG ALL PARTIES that the Judgment and Sentencing date scheduled for January 20, 2017 at 9:00 a.m. is continued to March 3, 2017 at 9:00 a.m. This request is based on conflicts with newly assigned government counsel in January 2017 and to accommodate defense counsel's existing trial schedule in February 2017.  Attorney for plaintiff,

///

///

///

///

///

Kevin C. Khasigian, Assistant United States Attorney, and attorney for defendant, Ean Vizzi, agree to this continuance.

    IT IS SO STIPULATED.

Dated: 1/4/17

                              PHILLIP A. TALBERT
                              United States Attorney

                     By:    /s/ Kevin C. Khasigian
                             KEVIN C. KHASIGIAN
                             Assistant U.S. Attorney

Dated: 1/4/17

                              /s/ Ean Vizzi
                              EAN VIZZI
                              Attorney for Defendant
                              CATALIN KIFAN
                              (Authorized by email)

    IT SO ORDERED.

Dated: January 5, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge