EAN VIZZI, #209444
345 Franklin St.
San Francisco, CA 94102
Tel. 415-757-0322
Attorney for Defendant
CATALIN KIFAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 2:15-CR-0177-GEB |
| ) | |
| ) | STIPULATION TO CONTINUE |
| Plaintiff, ) | DEFENDANT'S SENTENCING DATE AND |
| ) | [PROPOSED] ORDER |
| vs. ) | |
| ) | |
| CATALIN KIFAN., ) | |
| ) | |
| Defendant. ) | |
| ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO THE UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF CALIFORNIA:

    IT IS HEREBY AGREED AND STIPULATED AMONG ALL PARTIES that the Judgment and Sentencing date scheduled for March 3, 2017 at 9:00 a.m. is continued to March 31, 2017 at 9:00 a.m.  Defendant needs additional time due to defense counsel's conflicting schedule.  Attorney for plaintiff, Kevin Khasigian, Assistant United States Attorney, and attorney for defendant, Ean Vizzi, agree to this continuance.  The parties further agree to the following briefing schedule:

| | |
|---|---|
| Judgment and Sentence Date: | March 31, 2017 |
| Reply or Statement Due: | March 24, 2017 |
| Motion for Correction of the PSR shall Be filed with the Court and served on Probation and opposing counsel no later than: | March 17, 2017 |

Page 1 of 2
STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING

IT IS SO STIPULATED.

Dated: February 22, 2017           /s/   Kevin Khasigian           .
                                   By: KEVIN KHASIGIAN
                                   Assistant U.S. Attorney
                                   *signed with permission

Dated: February 22, 2017           /s/   Ean Vizzi                .
                                   EAN VIZZI
                                   Attorney for Defendant
                                   CATALIN KIFAN

      IT SO ORDERED.

Dated:  February 24, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge