PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:15-CR-00177-GEB |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| JASON MATECKI and CATALIN KIFAN, | |
| Defendants. | |

On April 21, 2016, and September 28, 2016, this Court entered Preliminary Orders of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreements entered into between the United States and defendants Jason Matecki and Catalin Kifan forfeiting to the United States the following property:

    a. Real property located at 3750 South Las Vegas Boulevard, Unit 2701, Las Vegas, Nevada, APN: 162-20-712-032 and/or the net proceeds in lieu of this property[1];
    b. Approximately $10,451.00 in U.S. Currency; and
    c. A cashier's check in the amount of $5,500.00 made payable to Jason Matecki Wholesale.

Beginning on April 29, 2016, and October 8, 2016, for at least 30 consecutive days, the United States published notice of the Court's Orders of Forfeiture on the official internet government forfeiture

---

[1] A Stipulation and Order re Interlocutory Sale of Real Property was filed on June 7, 2016, authorizing the sale of this real property. (ECF No. 59)

1

Final Order of Forfeiture

site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

On June 23, 2016, Joseph H. Lee and Maria Lee filed an Application, asserting an interest in the real property located at 3750 South Las Vegas Boulevard, Unit 2701, Las Vegas, Nevada (ECF No. 61). On December 19, 2016, Benny Florenza J. and Maria Luc filed a Petition claiming an interest in this same property (ECF No. 88).

On March 30, 2017, the United States filed a Motion to Dismiss these Petitions/Applications for lack of standing (ECF No. 103). On April 10, 2017, the Court entered an Order granting the Government's Motion to Dismiss the Petitions/Applications filed by Joseph H. Lee, Maria Lee, Benny Florenza J., and Maria Luc for lack of standing (ECF No. 107).

The Court has been advised that no other third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Jason Matecki, Catalin Kifan, Joseph H. Lee, Maria Lee, Benny Florenza J., and Maria Luc, whose rights to the below-listed property are hereby extinguished:

    a. Approximately $579,532.58, plus any accrued interest, in lieu of the real property located at 3750 South Las Vegas Boulevard, Unit 2701, Las Vegas, Nevada, APN: 162-20-712-032;
    b. Approximately $10,451.00 in U.S. Currency; and
    c. A cashier's check in the amount of $5,500.00 made payable to Jason Matecki Wholesale.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America. The above-listed property shall be disposed of according to law.

///

///

///

///

3. The U.S. Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated: November 29, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge